

2 Westchester Park Drive, Suite 410
White Plains, NY 10604
Tel: 914-331-0100
Fax: 914-331-0105
www.denleacarton.com

January 30, 2025

**VIA ECF**

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers 4E-N
Brooklyn, New York 11201

      Re: *Spiegel-Grim v. CVS Pharmacy, Inc,* Case No. 1:24-cv-04860

Dear Judge Kovner:

  We represent the Plaintiff in the above-captioned action. As required by Rule IV(B)(3) of your Individual Practice Rules, we are filing this cover letter to confirm that our memorandum in opposition to Defendant CVS Pharmacy, Inc.'s motion to dismiss was served today on Defendant in accordance with the Court's briefing schedule. Our memorandum of law will be filed on ECF at a later date in keeping with Your Honor's Individual Practice Rules.

  The Court's attention to this matter is greatly appreciated.

           Respectfully submitted,

           DENLEA & CARTON LLP

      By: _____
           Catherine H. Friesen

Cc: All counsel (via ECF)