

2 Westchester Park Drive, Suite 410
White Plains, NY 10604
Tel: 914-331-0100
Fax: 914-331-0105
www.denleacarton.com

April 29, 2025

**VIA ECF**

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers 4E-N
Brooklyn, New York 11201

      Re:    *Spiegel-Grim v. CVS Pharmacy, Inc*, Case No. 1:24-cv-04860
            **Joint Stipulation to Stay Case Pending Filing of a Notice of Dismissal**

Dear Judge Kovner:

      We write to advise the Court that the parties have reached a confidential settlement, and are in the process of memorializing that agreement. Accordingly, both parties respectfully request that the Court remove the Defendant's pending motion to dismiss from the Court's active consideration. Plaintiff will dismiss the case with prejudice upon consummation of the settlement process.

      The Court's attention to this matter is greatly appreciated.

                                      Respectfully submitted

                                      ___/s/ Catherine H. Friesen_____
                                      Catherine H. Friesen
                                      *Attorney for Plaintiff Lisa Spiegel-Grim*


                                      ____/s/ Pierre A. Chabot_____
                                        Pierre A. Chabot
                                      *Attorney for Defendant CVS Pharmacy, Inc.*