

2 Westchester Park Drive, Suite 410
White Plains, NY 10604
Tel: 914-331-0100
Fax: 914-331-0105
www.denleacarton.com

June 13, 2025

**VIA ECF**

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers 4E-N
Brooklyn, New York 11201

      Re:    *Spiegel-Grim v. CVS Pharmacy, Inc,* Case No. 1:24-cv-04860
            **Joint Stipulation to Stay Case Pending Filing of a Notice of Dismissal**

Dear Judge Kovner:

      Per the Court's May 29th Order, we write to advise the Court of the status of the case. As we previously advised the Court, the confidential settlement agreement is now signed by all parties, and the process of executing its terms is almost complete. As soon as Defendant's settlement check is received, Plaintiff will be dismissing the case with prejudice.

      The Court's attention to this matter is greatly appreciated.

                                                Respectfully submitted

                                               */s/ Catherine H. Friesen*
                                               Catherine H. Friesen
                                               *Attorney for Plaintiff Lisa Spiegel-Grim*

                                               */s/ Pierre A. Chabot*
                                               Pierre A. Chabot
                                               *Attorney for Defendant CVS Pharmacy, Inc.*